NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FABIAN M. ROSIMO,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3090

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100613-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for an 8-day extension of time, until August 12, 2011, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Fabian M. Rosimo
     Shelley D. Weger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK